# UNITED STATES DISTRICT COURT
### for the
### Middle District of Louisiana

FILED
U.S. ... COURT
... LA

2008 FEB 29 P 2: 23

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Leonard Jones, Jr. | ) Case No: 04-132-JVP-SCR |
| | ) USM No: 04299-095 |
| Date of Previous Judgment: April 22, 2005 | ) Jean M. Faria |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [ ] the defendant [ ] the Director of the Bureau of Prisons [x] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [x] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __70__ months **is reduced to** __60 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 25 | Amended Offense Level: | 23 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 70 to 87 months | Amended Guideline Range: | 57 to 71 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ]   The reduced sentence is within the amended guideline range.
[ ]   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ]   Other

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __4-22-05__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: February 29, 2008

_____
Judge's signature

Effective Date: March 13, 2008
(if different from order date)

John V. Parker, U.S. District Judge
Printed name and title